# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **KARRON JOHNSON,** | } |
| Plaintiff, | } |
| v. | } Case No.: 7:21-cv-00688-RDP |
| **WESTROCK SERVICES, L.L.C,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 24), filed August 23, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this August 24, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE